Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–17249–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda M. Wolff
   9 Nicholas Street
   Pemberton, NJ 08068

Social Security No.:
   xxx–xx–7075

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

   You are hereby notified that the above–named case will be closed without entry of discharge on or after February 3, 2020 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 2, 2020
JAN: pbf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 14-17249-CMG
Linda M. Wolff                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Jan 02, 2020
                              Form ID: clsnodsc      Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
```
db              +Linda M. Wolff,   9 Nicholas Street,   Pemberton, NJ 08068-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
```
            Albert   Russo    docs@russotrustee.com
            Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
            John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
             ktlbslaw@aol.com
            Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
             Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
             kbo@kkmllp.com
            Melissa N. Licker    on behalf of Creditor    CitiBank, N.A. NJ_ECF_Notices@mccalla.com
            Rebecca Ann Solarz    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
             rsolarz@kmllawgroup.com
            Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
             Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
             smncina@rascrane.com
            Thomas J Orr    on behalf of Debtor Linda M. Wolff tom@torrlaw.com,
             xerna@aol.com;orrtr87054@notify.bestcase.com
                                                                                             TOTAL: 9
```